UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE EDMONDS,                        )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        **JUDGMENT**
                                       )
                                       )        No. 5:16-CV-715-FL
NANCY A. BERRYHILL,                    )
Acting Commissioner of Social Security,)
                                       )
                Defendant.             )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 14, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on September 14, 2017, and Copies To:**

Kristin Gordon  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein CM/ECF Notice of Electronic Filing)


September 14, 2017                 PETER A. MOORE, JR., CLERK
                                   _/s/ Sandra K. Collins_____
                                   (By) Sandra K. Collins, Deputy Clerk